IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:24-cv-00590-D

| | |
|---|---|
| WEAVER JOHNSTON & NELSON, PLLC, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) ) |
| JOHN DOE NUMBER 1, | ) ) |
| Defendants. | ) |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to Serve Third-Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"). Upon consideration of the Court's file and materials submitted by Plaintiff in support of its Motion, the Court does hereby **FIND, ORDER AND ADJUDGE:**

Plaintiff established that "good cause" exists for it to serve third-party subpoenas, including to State Employees' Credit Union, seeking information concerning the account referenced in the Complaint in this action prior to conducting a Rule 26(f) Conference.

**SO ORDERED.** The **8** day of January, 2025.

_____
JAMES C. DEVER III
**United States District Judge**